UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-03861-AOR

UNITED STATES OF AMERICA,

v.

AARON PATRICK HONAKER,

    Defendant.
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Lauren A. Astigarraga
Lauren A. Astigarraga
Assistant United States Attorney
FL Bar No. 0119473
99 N.E. 4th Street, Suite 700
Miami, FL 33132
Telephone (305) 961-9105
Lauren.Astigarraga@usdoj.gov

cation for a Complaint by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:20-mj-03861-AOR |
| AARON PATRICK HONAKER | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Sept. 30, 2020 - Oct. 20, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2113(a) | Attempted Bank Robbery |
| 18 U.S. Code § 2113(a) | Bank Roberry |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Jared Nobles, Jr., SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by WhatsApp

Date: __10/21/20__

*Judge's signature*

City and state: __Miami, Florida__   __Alicia M. Otazo-Reyes, U.S. Magistrate Judge__
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Jared Nobles, Jr. (the "Affiant"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division, and have served in the FBI as a Special Agent since January, 2020. My duties involve investigating bank robberies, Hobbs Act robberies, extortion, kidnappings, and other violations of federal law. Prior to becoming a Special Agent, I worked as a civil litigation attorney for over three years.

2. I make this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, other Special Agents of the FBI, Task Force Officers ("TFOs") assigned to the Violent Crimes and Fugitive Task Force, and other Law Enforcement Officers of other investigative agencies, and my review of records and other evidence obtained during the course of this investigation. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging Aaron Patrick Honaker ("HONAKER") with four (4) counts of attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a), and two (2) counts of bank robbery, in violation of Title 18, United States Code, Section 2113(a). I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against HONAKER for the above-described criminal violations.

## PROBABLE CAUSE

I. **Attempted Bank Robbery: Citibank, 396 Alhambra Circle, Coral Gables, Florida (September 30, 2020)**

3. On Wednesday, September 30, 2020, at approximately 3:30 PM, an unknown male subject—since identified as HONAKER—entered the Citibank located at 396 Alhambra Circle, Coral Gables, Florida (herein referred to as the "September 30th Attempted Robbery"). The male subject sat in the lobby and waited approximately 15 minutes before initially approaching a female teller ("Victim 1"). The male subject handed Victim 1 a handwritten note that read "[d]on't touch the alarm or call police." The note also asked for money, and Victim 1 recalled either reading or being told that the male subject demanded "$10,000.00." Victim 1 responded that they "did not have the money, it is in the machine." Victim 1 moved away from her counter, and the male subject turned and left the bank, taking his note with him.

4. Victim 1 and other witnesses described the male subject as a white male, who was tall, approximately 6' in height. Witnesses also described the male subject as being in his 30s, having a full beard, and was wearing a black shirt with black and red shorts. A review of the bank surveillance footage and images obtained following the September 30th Attempted Robbery revealed that the male subject matched the descriptions given by the witnesses, and also evidenced that the male suspect was wearing black tennis shoes with white soles at the time of the attempted robbery.

5. Citibank's deposits are insured by the Federal Deposit Insurance Commission ("FDIC").

II. **Bank Robbery: Chase Bank, 20880 Biscayne Blvd., Aventura, Florida (October 3, 2020)**

6. On Saturday, October 3, 2020, at approximately 1:55 PM, an unknown white male subject—since identified as HONAKER—entered the Chase Bank located at 20880 Biscayne Blvd., Aventura, Florida (herein referred to as the "October 3rd Robbery"). The male subject approached a female teller ("Victim 2") and stated he wanted to make a withdrawal but that he did not have his debit card with him. The male subject handed Victim 2 a handwritten note stating that it would provide instructions on how to withdraw the money. Victim 2 read the note and immediately realized that the male subject intended to rob the bank. The note said, in part, "empty all of your $50s and $100s and put it in an envelope." Victim 2 complied with the commands and provided the male subject approximately $1,050.00. After receiving the money, the male subject took back the note and left the Chase Bank on foot.

7. Victim 2 and other witnesses present at the Chase Bank described the male subject as a white male, who was tall, or approximately 6' in height. Victim 2 also described the male subject as having light colored eyes and "brownish blonde hair." The unknown male subject wore a mask around his face.[1] A review of surveillance footage and images obtained following the Chase Bank robbery revealed that the male subject matched the descriptions of the witnesses and that he wore black tennis shoes with white soles.

8. Chase Bank's deposits are insured by the FDIC.

---

[1] The series of robberies and attempted robberies documented in this Affidavit occurred during the implementation of COVID-19 restrictions. Applicable local ordinances required citizens to wear face coverings while patronizing businesses and the appearance of HONAKER wearing a facemask in and of itself did not alarm the victims and witnesses.

3

### III. Attempted Bank Robbery: Wells Fargo Bank, 2555 Ponce De Leon Boulevard, Coral Gables, Florida (October 5, 2020)

9. On Monday October 5, 2020, at around approximately 3:53 PM, the Coral Gables Police Department ("CGPD") received a 911 dispatch for a bank robbery in progress at the Wells Fargo Bank located at 2555 Ponce De Leon Boulevard, Coral Gables, Florida (herein referred to as the "October 5th Attempted Robbery"). TFOs and FBI Agents from the Violent Crimes and Fugitive Task Force responded with CGPD officers. Upon arrival, Law Enforcement learned that, at approximately 3:43 PM, a tall, white male—since identified as HONAKER—entered the Wells Fargo Bank wearing a floppy hat, blue short-sleeve shirt, and bandana around his face and neck.

10. The male subject stood in the customer line waiting for assistance, and then approached a female teller ("Victim 3"). He then stated that he wanted to withdraw some money from his account but forgot his debit card and would need assistance. The male subject then told Victim 3 that he would provide her a note showing "how he wanted" his cash to be withdrawn. The male subject then handed Victim 3 a handwritten note that said, in part, "[k]eep calm, and give me all the money in the drawer, I have a gun."

11. After realizing that the male subject intended to rob the bank, Victim 3 told the male subject that she could not read English and would need assistance from her manager. While Victim 3 alerted her manager to the events that were transpiring, the male subject stepped back to the customer line. At some point, the male subject began typing on a cell phone and holding it up to his ear. The male subject then began slowly backing out of the customer line and left the bank on foot from the bank's east entrance. Victim 3 described the male subject as being "tall."

12. Law enforcement conducted a search of the surrounding area for any potential surveillance video footage and/or images of the male subject, including any possible vehicles he was

4

traveling in and/or directions of travel. Through these efforts, the Affiant located video surveillance footage from a third-party property management company ("Management Company"). The Management Company maintained close-circuit surveillance cameras around the area of the Wells Fargo Bank, and captured surveillance footage of the events occurring before, during, and after the October 5th Attempted Robbery.

13. A review of the footage from the Management Company revealed that the male subject arrived to the area outside of the Wells Fargo Bank at least fifteen minutes before entering. The male subject walked various routes of travel around the bank and eventually sat down in a public square outside of the bank for several minutes prior to entering. At this time before he entered the bank, the male subject's bandana was down around his neck, leaving his face fully exposed. Through the surveillance footage, the Affiant obtained a still image of the male subject's face, which identified him, as a white male with full facial hair, including a beard and mustache, which was brown in color. In addition, the surveillance footage and images confirmed the descriptions of the witnesses, and also again evidenced the male subject wearing the same black tennis shoes with white soles that he wore on the days of the September 30 Attempted Robbery and the October 3rd Robbery.

14. Wells Fargo Bank's deposits are insured by the FDIC.

15. Following the October 5th Attempted Robbery, the Affiant compared the method and means used by the then-unknown male subject in the September 30th Attempted Robbery, October 3rd Robbery, and October 5th Attempted Robbery, in addition to the description of the male subject during each event. This comparison revealed strong similarities in how each of these robberies were carried out and in the descriptions of the male subject. These strong similarities led law enforcement to conclude that there was a fair probability that the same subject—since identified as HONAKER—committed all three robberies.

16. After connecting the similarities between the three robberies, law enforcement concluded that the same male subject would likely make future attempts to rob other banks in the coming days. As a result, the FBI began widely distributing bulletins/lookout notices to local police departments, including, the CGPD, that described the then unknown male subject and provided surveillance footage of him, and warned of his likely connection to multiple bank robberies.

IV. **Bank Robbery: Chase Bank, 355 Alhambra Circle, Coral Gables, Florida (October 10, 2020)**

17. On Saturday, October 10, 2020, at around approximately 1:54 PM, a white male subject—since identified as HONAKER—approached a teller ("Victim 4") at the Chase Bank located at 355 Alhambra Circle, Coral Gables, Florida and presented to her a demand note (herein referred to as the "October 10th Bank Robbery"). After reading the note, Victim 4 realized that the male subject intended to rob the bank and requested assistance from a co-worker. Victim 4 recalled that the note provided by the male subject was handwritten in English and used block-style print. The male subject verbally told Victim 4 to provide him only "$50s and $100s." Victim 4 assembled the money into an envelope and slid it the male subject. The male subject took the money, approximately $800.00, and his handwritten note and fled the bank on foot.

18. The Affiant obtained footage and images from surveillance cameras in and around the Chase Bank that captured the October 10th Bank Robbery. A review of the footage and images revealed that the male subject that robbed the Chase Bank appeared to match the likeness of the same male subject from photographs obtained in other bank robberies, including that he was a white male, appearing tall in height and had brown hair as shown by his sideburns. In addition, during the October 10th Bank Robbery, the male subject wore a black hat, black pants, white long-sleeved shirt, a black

face mask, and the same black tennis shoes with white soles worn on the days of the September 30th Attempted Robbery, October 3rd Robbery, and October 5th Attempted Robbery.

19. Chase Bank's deposits are insured by the FDIC.

### V. Attempted Robbery: HSBC Bank at 2222 Ponce De Leon Blvd., Coral Gables, Florida (October 15, 2020)

20. On Monday, October 15, 2020, at around 4:49 PM a white male—since identified as HONAKER entered the HSBC Bank located at 2222 Ponce De Leon Blvd., Coral Gables, Florida (herein referred to as the "October 15th Attempted Robbery"). The male subject approached the only female teller at the customer counter ("Victim 5") and asked to make a cash withdrawal. The male subject opened a composition-style notebook, pulled out a paper note, and then handed it to Victim 5. The male subject then stated that the note described how to make the withdrawal. Victim 5 glanced at the note and, without realizing its true meaning, asked the male subject to fill out a withdrawal slip first because she needed an account number. The male subject walked over to a service counter and wrote on a withdrawal slip as requested. He then again approached Victim 5 and handed her the withdrawal slip, which stated "read the note." Victim 5 then read the original note, which stated in pertinent part: "Give me all 100s, 50s, and 20s . . . don't hit the alarm." Victim responded that the bank kept its cash in counting machines and that she could not provide the money to the male subject. The male subject then left, walking out the HSBC Bank's west facing door.

21. Victim 5 and other witnesses described the male subject as a white male, tall, slim in build, and had blue eyes. The male subject wore a black and white baseball hat, blue jeans, a white, long sleeve shirt with a large fish on the back, and a black neck gaiter around his face. Victim 5 described the male subject as having red skin around his ears and neck, as if he had a sunburn.

22. A review of surveillance footage and images obtained following the October 15th Attempted Robbery revealed that the male subject matched the descriptions of the witnesses and again showed the male subject wearing the same black tennis shoes with white soles, as he did during the past four robberies. This surveillance footage furthered law enforcement's belief that the same male subject who robbed or attempted to rob the various banks on September 30th, October 3rd, October 5th, and October 10th, was the same male subject responsible for the October 15th Attempted Robbery. Similarities in the method and means for these five robberies further supported this conclusion. For instance, like the other robberies, the subject in the October 15th Attempted Robbery approached a single teller and asked for help making a cash withdrawal before presenting a demand note that asked only for large denomination bills—$20s, $50s, or $100s. Notably, the subject during the October 15th Attempted Robbery also wore black tennis shoes with white soles.

23. HSBC Bank's deposits are insured by the FDIC.

## VI. The Arrest of Honaker (October 20, 2020)

24. On October 20, 2020, two detectives of the CGPD began a late-afternoon, targeted surveillance of various banking institutions in the Coral Gables area. The specific purpose of this surveillance was to attempt to identify and perhaps capture the then-unknown male subject responsible for the September 30th, October 3rd, October 5th, October 10th, and October 15th robberies/attempted robberies. In preparation for this surveillance operation, these detectives had studied FBI bulletins showing surveillance images of the unknown male subject, which described his physical characteristics and the clothing worn during each robbery. The FBI bulletins also included still shot footage of the male subject's—later identified as HONAKER—full exposed face, and both detectives studied the footage prior to beginning their surveillance of the area.

25. Around 3:46 PM, one detective ("Detective 1") spotted HONAKER at the corner of Salzedo Street and Alhambra Circle in Coral Gables, Florida. Detective 1 first noticed HONAKER because he matched the physical description of the unknown male subject in the previously described robberies. In addition, Detective 1 noticed that HONAKER wore clothing similar to that worn by the then-unknown subject in the previously described robberies, including dark-colored clothing and black tennis shoes with white soles. Detective 1 concluded that HONAKER matched the description of the unknown male subject wanted by the FBI for the previously described bank robberies.

26. Detective 1 was also concerned by HONAKER's actions during his surveillance of him. Specifically, Detective 1 witnessed HONAKER walking up and down the street several times and looking in various directions. Based on Detective 1's training and experience, it appeared to Detective 1 that HONAKER was casing the area for potential bank targets and/or the presence of law enforcement or other deterrents. A nearby Chase Bank, located at 355 Alhambra Circle, Coral Gables, Florida—the exact location of the October 10th Bank Robbery—stood less than half a block from where Detective 1 spotted HONAKER.

27. Shortly after spotting HONAKER, Detective 1 radioed another detective ("Detective 2") to report his findings and to advise Detective 2 of HONAKER's location and direction of travel. Guided by this information, Detective 2 then spotted HONAKER walking north on Alhambra circle towards a Chase Bank. Almost immediately upon seeing HONAKER, Detective 2 recognized his facial features and clothing from the FBI bulletins. Specifically, Detective 2 noticed that HONAKER—like the subject described in the FBI bulletins—was tall, approximately 5'11" or 6', had brown colored hair, and blue eyes.

9

28. At that point, based on both detectives training and experience, the two officers believed that HONAKER was the unknown male subject wanted by the FBI for the bank robberies/attempted robberies that occurred on September 30th, and October 3rd, 5th, 10th, and 15th.

29. Detective 2 exited his unmarked police vehicle, took out and put on a tactical vest that had identification panels clearly displaying the designation of "POLICE." HONAKER and Detective 2 "locked eyes," and HONAKER turned around and began walking in another direction, in what appeared to be an attempt to evade law enforcement.

30. In fleeing the officers, HONAKER turned down an alleyway and both detectives lost sight of him. Detective 2 eventually spotted HONAKER once more and followed after him on foot into a nearby parking garage. HONAKER descended a stairwell, while Detective 2 observed him from above. HONAKER then opened a door at the bottom of the parking deck's stairwell and began to look right and left, as if continuing his previous scanning for law enforcement. Detective 2 announced himself as police, and ordered HONAKER to put his hands up. When HONAKER complied with this order, Detective 2 could see a bulge protruding out from under his shirt. Detective 2 approached HONAKER and placed him into custody. HONAKER spontaneously uttered that he "would do whatever [Detective 2] said" and that he had hid a backpack underneath another stairwell in the parking garage.

31. A search of HONAKER's person revealed: (1) a ball point hammer tucked into his waistband; (2) a green pocket notebook; (3) instructions on how to commit bank robberies (contained within the pocket notebook); and (4) folded up demand notes similar in description to the demand notes used in the previously mentioned robberies.

32. Following his arrest, FBI Agents and TFOs obtained a post *Miranda* statement from HONAKER, during which he confessed to robbing or attempting to rob the previously mentioned

banks on September 30th, and October 3rd, 5th, 10th, and 15th.[2] HONAKER also admitted and identified himself as the person depicted in surveillance images from the robberies. He explained that he carried the ballpoint hammer with him during the robberies to escape any glass "mantraps" triggered by bank security.

33. HONAKER then consented to a search of the backpack, which he hid under one of the stairways in the parking garage, which CGPD officers later recovered subsequent to HONAKER's arrest. A search of the backpack revealed several handwritten demand notes that appeared purposed for bank robberies. These notes included a "draft" note and final versions of two different notes, labeled "Note 1" and "Note 2." HONAKER admitted that he used "Note 1" in his robberies on October 3rd, and 5th, and used "Note 2" in his robberies on October 10th and 15th.

34. Finally, during the interview, HONAKER confessed that he was in the Coral Gables area to attempt to rob the TD Bank, located at 255 Alhambra Circle, Coral Gables, Florida, and he would have done so had he not been discovered by Detective 1 and Detective 2.

[THIS SECTION LEFT INTENTIONALLY BLANK]

---

[2] Honaker's post *Miranda* statement was audio and video recorded.

## CONCLUSION

35. Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists that Aaron Patrick HONAKER committed four counts of attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a), and two counts of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel Jared Nobles, Jr., Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements
of Fed.R.Crim.P. 4.1 by WhatsApp this 21st day of October 2020.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:20-mj-03861-AOR

### BOND RECOMMENDATION

DEFENDANT: AARON PATRICK HONAKER

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Lauren A. Astigarraga

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): SA Daniel Jared Nobles, Jr.
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
FBI